UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASMINE SANCHEZ, | Case No. 3:23-cv-00126-MMD-EJY |
| Plaintiff, | ORDER |
| v. | |
| CARLA BALDWIN, *et al*., | |
| Defendants. | |

*Pro se* Plaintiff Jasmine Sanchez brings this action against United States Magistrate Judges Carla L. Baldwin and Craig S. Denney under 42 U.S.C. § 1983. (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Elayna J. Youchah, recommending that the Court dismiss the case. (ECF No. 4.) Plaintiff's objection to the R&R was due April 6, 2023. To date, Plaintiff has not objected to the R&R.[1] For this reason, and as explained below, the Court adopts the R&R in full and dismisses this case with prejudice.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Youchah did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Youchah correctly found that Plaintiff's lawsuit against Judge Baldwin and Judge Denney, in their official capacities, may not proceed because they are absolutely immune from civil liability for acts performed in their judicial capacity. (ECF No. 4 at 2.) *See Mullis v. U.S. Bankr. Court*,

---

[1]The Court notes that Plaintiff repeatedly refused to accept the documents pertaining to the R&R. (ECF Nos. 5, 7, 8, 9.) Because Plaintiff is the party filing the lawsuit, Plaintiff cannot avoid accepting the court's order and recommendations.

828 F.2d 1385, 1394 (9th Cir. 1987); *Moore v. Brewster*, 96 F.3d 1240, 1243 (9th Cir. 1996). Accordingly, the Court adopts Judge Youchah's R&R in full and dismisses the case with prejudice.

It is therefore ordered that Judge Youchah's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that Plaintiff's application for leave to proceed *in forma pauperis* is denied as moot.

It is further ordered that this case is dismissed with prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 10th Day of April 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE